# DISTRICT COURT OF THE VIRGIN ISLANDS
## CLERK'S OFFICE



**Glenda L. Lake, Esquire**
**Clerk of Court**

www.vid.uscourts.gov

January 21, 2022

Tamara Charles
Clerk of Court
Superior Court of the Virgin Islands
P.O. Box 929
Christiansted, VI 00821

Re:   Oliver Farrow v. Hess Corporation, et al. District Court Civil No. 1:21-cv-0017
Juan Garcia v. Hess Corporation, et al. District Court Civil No. 1:21-cv-0018
Luis Ras v. Hess Corporation, et al. District Court Civil No. 1:21-cv-0019
Andrew Romain v. Hess Corporation, et al. District Court Civil No. 1:21-cv-0020
Benjamin Woods v. Hess Corporation, et al. District Court Civil No. 1:21-cv-0021
Ferdinand Treasure v. Hess Corporation, et al. District Court Civil No. 1:21-cv-0022
Everette Younge v. Hess Corporation, et al. District Court Civil No. 1:21-cv-0023
Anthony Bhola v. Hess Corporation, et al. District Court Civil No. 1:21-cv-0024
Rupert Davis v. Hess Corporation, et al. District Court Civil No. 1:21-cv-0025
Ricardo Sadoo v. Hess Corporation, et al. District Court Civil No. 1:21-cv-0026
David Adrian Alexander v. Hess Corporation, et al. District Court Civil No. 1:21-cv-0028
James Barry v. Hess Corporation, et al. District Court Civil No. 1:21-cv-0030
Joanness Bazil v. Hess Corporation, et al. District Court Civil No. 1:21-cv-0032
Jeremiah Bougouneau v. Hess Corporation, et al. District Court Civil No. 1:21-cv-0033
Frank Brown v. Hess Corporation, et al. District Court Civil No. 1:21-cv-0034
Alfred Browne v. Hess Corporation, et al. District Court Civil No. 1:21-cv-0035
Eliza Combie v. Hess Corporation, et al. District Court Civil No. 1:21-cv-0036
William Degrasse v. Hess Corporation, et al. District Court Civil No. 1:21-cv-0037
Charles (Christian) Douglas v. Hess Corporation, et al. District Court Civil No. 1:21-cv-0038
Patricio Fabian v. Hess Corporation, et al. District Court Civil No. 1:21-cv-0039
Anthony Felix v. Hess Corporation, et al. District Court Civil No. 1:21-cv-0040
Eugene T. Freeman, Sr. v. Hess Corporation, et al. District Court Civil No. 1:21-cv-0041

---

☐  **Ron de Lugo Fed. Bldg. & Courthouse, 5500 Veteran's Drive, Suite 351, St. Thomas, Virgin Islands 00802-6424**
Phone: 340-774-0640 Fax: 340-775-8075

■  **Almeric L. Christian Fed. Bldg. & Courthouse, 3013 Estate Golden Rock, Lot #13, Christiansted, Virgin Islands 00820-4355**
Phone: 340-718-1130 Fax: 340-712-7180

Cuthbert George v. Hess Corporation, et al. District Court Civil No. 1:21-cv-0042
Alain Gifford v. Hess Corporation, et al. District Court Civil No. 1:21-cv-0043
Merle Williams v. Hess Corporation, et al. District Court Civil No. 1:21-cv-0107
Phylis Leonce v. Hess Corporation, et al. District Court Civil No. 1:21-cv-0110
Augusta Gonzague v. Hess Corporation, et al. District Court Civil No. 1:21-cv-0128

Dear Ms. Charles:

Please acknowledge receipt of the District Court file of Civil Case Numbers: 1:21-cv-0017, 1:21-cv-0018, 1:21-cv-0019, 1:21-cv-0020, 1:21-cv-0021, 1:21-cv-0022, 1:21-cv-0023, 1:21-cv-0024, 1:21-cv-0025, 1:21-cv-0026, 1:21-cv-0028, 1:21-cv-0030, 1:21-cv-0032, 1:21-cv-0033, 1:21-cv-0034, 1:21-cv-0035, 1:21-cv-0036, 1:21-cv-0037, 1:21-cv-0038, 1:21-cv-0039, 1:21-cv-0040, 1:21-cv-0041, 1:21-cv-0042, 1:21-cv-0043, 1:21-cv-0107, 1:21-cv-0110 and 1:21-cv-0128.  By Order dated September 24, 2021, these cases are remanded to your court for further proceedings in this matter.

Certified copies of the Remand Order and Docket sheets filed in the above cases are reproduced and forwarded herewith.

If you have any questions, please contact the Clerk's office at (340) 718-1130.

Sincerely,

Lisa Davis McGregor
Generalist Supervisor

Received by: _Annalisa M. Punci_
_Probate Officer II_

Dated: _1/24/2022_

---

□   **Ron de Lugo Fed. Bldg. & Courthouse, 5500 Veteran's Drive, Suite 351, St. Thomas, Virgin Islands 00802-6424**
Phone: 340-774-0640 Fax: 340-775-8075

■   **Almeric L. Christian Fed. Bldg. & Courthouse, 3013 Estate Golden Rock, Lot #13, Christiansted, Virgin Islands 00820-4355**
Phone: 340-718-1130 Fax: 340-712-7180